UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WELSELLY SANTANA,

      Plaintiff,

v.                                  Case No:  8:26-cv-01177-JLB-CPT

FEDERAL BUREAU OF
INVESTIGATION,

      Defendant.

                                        /

## **ORDER**

This matter is before the Court on Plaintiff Welselly Santana's Complaint. (Doc. 1). Upon careful review, the Court finds that the Complaint's legal theories are "'utterly frivolous,' 'patently ludicrous,' and 'a waste of . . . the court's time, which is being paid by hard-earned tax dollars.'" *See Young v. PNC Bank, N.A.*, No. 3:16cv298/RV/EMT, 2018 WL 1251920, at \*2 (N.D. Fla. Mar. 12, 2018) (quoting *Roach v. Arrisi*, No. 8:15-cv-2547-T-33AEP, 2016 WL 8943290, at \*2 (M.D. Fla. Jan. 7, 2016) (alterations in original)).

Specifically, Plaintiff alleges that she was blacklisted by the CIA and had her assets stolen by the FBI and the Post Office. (Doc. 1 at 4). Plaintiff alleges that she is the "British Crown." (*Id.*). For relief, Plaintiff alleges that she needs "a CIA Architect and FBI Agent" to let her know the status of her case. (*Id.*). This case is patently frivolous and due to be dismissed, without leave to amend. *See Neitzke v. Williams*, 490 U.S. 319, 327 (1989) (20 U.S.C. § 1915 "accords judges not only the authority to dismiss a claim based on an

indisputably meritless legal theory, but also the unusual power to pierce the veil of the complaint's factual allegations and dismiss those claims whose factual contentions are clearly baseless."); *Bilal v. Driver*, 251 F.3d 1346, 1349 (11th Cir. 2001) ("[F]rivolous claims include claims 'describing fantastic or delusional scenarios, claims with which federal district judges are all too familiar.'") (quoting *Neitzke*, 490 U.S. at 328 (1989).

The Court notes that it appears Plaintiff has initiated several cases in recent months.[1]  Many have been dismissed as frivolous.  Plaintiff is warned that if she continues to file frivolous cases of this nature in this Court, she may be subject to sanctions pursuant to Federal Rule of Civil Procedure 11(c), including monetary sanctions or injunctive relief directing the Clerk to not accept future filings by Plaintiff without first obtaining prior leave of the Court.

---

[1] A search of court dockets reveals that Plaintiff has several cases in the Middle District since March 23, 2026.  *See Santana v. Central Intelligence Agency*, 8:26-cv-768JLB-CPT (M.D. Fla. 2026); *Santana v. Host Marriott Corp.*, 8:26-cv-809-JLB-LSG (M.D. Fla. 2026); *Santana v. The Windsor Family Trust Fund*, 8:26-cv-867-WFJ-AEP (M.D. Fla.); *Santana v. Disney*, 8:26-cv-877-WFJ-SPF (M.D. Fla. 2026); *Santana v. MetLife Foundation*, 8:26-cv-878-KKM-AEP (M.D. Fla. 2026); *Santana v. United States Postal Service*, 8:26-cv879-MSS-AAS (M.D. Fla. 2026); *Santana v. The Roosevelt Family Trust Fund*, 8:26-cv-928-WFJ-AEP (M.D. Fla. 2026); *Sanatana v. The Rothschild Family Trust Fund*, 8:26-cv-929WFJ-AAS (M.D. Fla. 2026); *Santana v. The Windsor Family Trust Fund*, 8:26-cv-946-WFJ-SPF (M.D. Fla. 2026); *Santana v. The Rockefeller Family Trust Fund*, 8:26-cv-947-TPB-LSG (M.D. Fla. 2026); *Santana v. Musk*, 8:26-cv-964-TPB-LSG (M.D. Fla. 2026); *Santana v. United States District Court Middle District of Tampa Bay*, 8:26-cv-975-WFJ-CPT (M.D. Fla. 2026); *Santana v. Mohamad Al Fayed Family Trust Fund*, 8:26-cv-992-JLB-CPT (M.D. Fla. 2026).

## CONCLUSION

Accordingly, it is **ORDERED**:

(1)     Plaintiff's Complaint (Doc. 1) is **DISMISSED** without leave to amend.

(2)     The Clerk of Court is **DIRECTED** to deny any pending motions as

moot, terminate any deadlines, and close the case.

**ORDERED** in Tampa, Florida, on May 13, 2026.


_____

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

3